■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BLACKWELL, Appellant.—Judgment unanimously affirmed. Memorandum: The record fully supports the suppression court's finding that defendant was advised of his *Miranda* rights *(see, Miranda v Arizona,* 384 US 436), and that he knowingly and intelligently waived his rights and orally admitted his participation in the burglary for which he was arrested. Defendant's argument that he was denied his right to counsel because he was at that time represented by an attorney on a prior pending charge is without merit. The record is clear that the police questioned him solely on matters unrelated to the prior pending charge *(see, People v Bing,* 76 NY2d 331). (Appeal from Judgment of Monroe County Court, Connell, J.—Burglary, 2nd Degree.) Present—Callahan, J. P., Boomer, Green, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS T. DAWLEY, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Memorandum: Nothing in the record pertaining to the appeal from the judgment of conviction supports defendant's contention that he was deprived of effective assistance of counsel. (Appeal from Judgment of Jefferson County Court, Clary, J.—Attempted Sodomy, 1st Degree.) Present—Callahan, J. P., Boomer, Green, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS T. DAWLEY, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed. Memorandum: Permission to appeal from the order denying defendant's motion to vacate the judgment of conviction was denied on May 29, 1991. (Appeal from Order of Jefferson County Court, Clary, J.—Attempted Sodomy, 1st Degree.) Present—Callahan, J. P., Boomer, Green, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN PRESTON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Rape, 1st Degree.) Present—Callahan, J. P., Boomer, Green, Pine and Balio, JJ.